SCWC-30142

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

KAREN GOO, et al.,
Petitioners/Plaintiffs/Counterclaim-Defendants/Appellants/Cross-
Appellees,

vs.

MAYOR ALAN ARAKAWA, Successor-In-Interest to Mayor Charmaine
Tavares, WILLIAM SPENCE, Director of Planning, County of Maui,
Successor-In-Interest to Director Jeff Hunt, County of Maui
Respondents/Defendants/Cross-Claim Defendants/Appellees/Cross-
Appellants/Cross-Appellees,

and

VP AND PK(ML) LLC, KCOM Corp.,
Defendants/Intervenor-Defendants/Cross-Claim
Respondents/Defendants/Counterclaimants/Cross-
Claimants/Appellees/Cross-Appellees/Cross-Appellants

and

KILA KILA CONSTRUCTION,
Respondent/Defendant/Cross-Claim Defendant/Cross-Claimant

and

(John G.) JOHN G'S DESIGN & CONSTRUCTION, INC.,
Respondent/Defendant/Cross-Claimant/Cross-Claim Defendant

and

NEW SAND HILLS LLC.,
Respondent/Defendant/Intervenor-Defendant/Counterclaimant/Cross-
Claim Defendant/Appellee/Cross-Appellee/Cross-Appellant

and

DAVID B. MERCHANT; JOYCE TAKAHASHI; BRIAN TAKAHASHI,
Respondents/Defendants/Intervenor-Defendants

and

DIANE L. REASER, et al.,
Respondents/Defendants/Intervenor-Defendants/Counter-Claimants

and

HOOKAI, LLC, SANDHILLS ESTATES COMMUNITY ASSOCIATION,
Respodents/Intervenors/Appellees/Cross-Appellees/Cross-Appellants

and

CHERYL CABEBE, GERRY RIOPTA, and MELISSA RIOPTA,
Respondent/Intervenor-Defendants/Appellees/Cross-Appellants

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 30142; CIV. NO. 07-1-0258(1))

ORDER OF CORRECTION
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

The Order Accepting Application for Writ of Certiorari (Order), filed on December 5, 2013, incorrectly named "Ronald T. Yoshimoto" as one of the counsel for Respondents-Intervenors VP and PK(ML) LLC, KCOM Corp., New Sand Hills LLC., and Hookai, LLC, Sandhills Estates Community Association (Respondents-Intervenors), instead of "Ronald T. Ogomori."

IT IS HEREBY ORDERED that the record will be corrected to reflect the name of "Ronald T. Ogomori" as one of the attorneys representing Respondents-Intervenors in this matter.

2

DATED: Honolulu, Hawaiʻi, December 19, 2013.

David J. Gierlach and
Lance D. Collins,
for petitioners

Patrick K. Wong and
Caleb P. Rowe,
for respondent Mayor Alan
Arakawa, et al.

Ronald T. Ogomori,
Nathan H. Yoshimoto, and
T.F. Mana Moriarty,
for respondents-intervenors VP
and PK(ML) LLC, KCOM Corp., New
Sand Hills LLC., and Hookai,
LLC, Sandhills Estates
Community Association

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack



3